UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS, et al., <br><br> Plaintiff, <br><br> v. <br><br> ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP., <br><br> Defendants. | No. CV-03-05494 JF/PVT <br><br> **ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DECEMBER 6, 2005, AND MODIFYING BRIEFING SCHEDULE** |

On November 21, 2005, the parties filed a Stipulation and Proposed Order on the Hearing of Plaintiffs' Motion to Exceed the Rule 30(a)(2)A) Deposition Limit. Having considered the stipulation and file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion to Exceed the Rule 30(a)(2)(A) Deposition Limit is continued to 10:00 a.m. on Tuesday, December 6, 2005.

IT IS FURTHER ORDERED that Defendants shall file any opposition to Plaintiffs' motion to exceed the deposition limit by 4:00 p.m. on Thursday, December 1, 2005, and that Plaintiffs shall file any reply by 10:00 a.m. on Monday, December 5, 2005.

Dated: November 21, 2005

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge