1  JACK B. McCOWAN, JR. (SBN: 62056)
   LINDA L. NUSSER (SBN: 132154)
2  CHARLES E. WILSON (SBN: 225625)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  MICHAEL L. O'DONNELL, *Pro Hac Vice*
   CRAIG R. MAY, *Pro Hac Vice*
7  WHEELER TRIGG KENNEDY LLP
   1801 California Street, Suite 3600
8  Denver, CO 80202-2617
   Telephone: (303) 292-2525
9  Facsimile: (303) 294-1879

10 Attorneys for Defendants
   GUIDANT CORPORATION and
11 ENDOVASCULAR TECHNOLOGIES, INC.

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15 EDWARD V. BYRNS, individually, and as  ) CASE NO. 5:03-CV-05494 JF/PVT
   Executor of the ESTATE OF LUCILLE G.    )
16 BYRNS,                                  ) **STIPULATION AND [PROPOSED]**
                                           ) **ORDER REGARDING FILING**
17                Plaintiff,               ) **DISCOVERY MOTIONS**
                                           )
18      v.                                 ) Date Action Filed:    December 5, 2003
                                           ) Final Pretrial Conf:  August 25, 2006
19 ENDOVASCULAR TECHNOLOGIES, INC.,        ) Trial Date:           September 8, 2006
   and GUIDANT CORP.,                      )
20                                         )
                Defendants.                )
21                                         )
                                           )
22 _____   )

23

24      WHEREAS, in accordance with Federal Rules of Civil Procedure, Rule 29, and Northern

25 District Civil Local Rules 6-1(b), 6-2(a) and 7-11, defendants GUIDANT CORPORATION and

26 ENDOVASCULAR TECHNOLOGIES, INC. ("Defendants") and plaintiff EDWARD V.

27 BYRNS, individually and as executor of the Estate of LUCILLE G. BYRNS ("Plaintiffs") in the

28

-1-

above-referenced captioned case, hereby stipulate to the following regarding the filing of discovery motions.

    1.    On November 22, 2005, Plaintiffs' counsel served a subpoena on the United States Attorney for the Northern District of California for the production, inspection and copying of six categories of documents ("the Subpoena"). The date of production is set for December 22, 2005. On December 6, 2005, the United States Attorney's Office and Defendants' separately served objections to the Subpoena. Counsel for Defendants was advised by the United States Attorney's Office that they are not producing documents in response to the Subpoena on December 22, 2005.

    2.    Since that time, counsel for Defendants and Plaintiffs have met and conferred regarding the Subpoena including, but not limited to, the proper procedure for subpoenaing the requested documents and the scope of the documents requested. Based on these discussions, Plaintiffs' counsel agreed to withdraw subparts of certain documents requested, but may want to pursue via discussions with and (if necessary) a motion to compel other subparts of documents requested in the Subpoena from the United States Attorney's Office. On December 20, 2005, Plaintiffs' counsel wrote to the United States Attorney's Office advising them of the withdrawal of subparts of certain documents requested

    3.    It is anticipated that further meet and confer discussions will take place in the next several weeks between the parties' counsel and the United States Attorney's Office in an effort to either resolve or narrow the issues which may need to be addressed by the court in any future discovery motions. The parties' counsel are also working with the United States Attorney's Office to establish a briefing schedule, prior to the production of any responsive documents, so that all motions related to the Subpoena may be heard by the court on the same date, but want to preserve their rights to seek an ex parte application for an order shortening time should one become necessary. Consequently, the parties would like to stipulate, with the court's permission, to the following.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

4. Defendants may file and serve a motion to quash and/or a motion for a protective order in response to the Subpoena on or before January 24, 2006. Plaintiffs' counsel has agreed that they will not oppose such motions based on arguments that they were untimely, but preserving all other objections to such motions.

5. Plaintiffs' counsel may file and serve a motion to compel the Subpoena on or before January 24, 2006. Defendants' counsel has agreed that they will not oppose such a motion based on arguments that it was untimely, but preserving all other objections to such a motion.

6. The parties' counsel will meet and confer and attempt to establish a mutually convenient briefing schedule for any discovery motions filed with the court and related to the Subpoena.

Dated: December 22, 2005                LIEFF, CABRASER HEIMANN
                                        & BERNSTEIN, LLP


                                        By:_____/s/_____
                                        KENT L. KLAUDT
                                        Plaintiffs EDWARD V. BYRNS, individually,
                                        and as Executor of the ESTATE OF
                                        LUCILLE G. BYRNS


Dated: December 22, 2005                GORDON & REES LLP


                                        By:_____/s/_____
                                            LINDA L. NUSSER
                                        Attorneys for Defendants
                                        GUIDANT CORPORATION and
                                        ENDOVASCULAR TECHNOLOGIES, INC.


PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

*January 3, 2006*
Dated: ~~December ___, 2005~~

                                        _____
                                        HON. PATRICIA V. TRUMBULL
                                        United States District Court Judge

-3-
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING AND SERVICE OF DISCOVERY MOTIONS
CASE NO. 5:03-CV-05494-JF/PVT