1  JACK B. McCOWAN, JR. (SBN: 62056)
2  LINDA L. NUSSER (SBN: 132154)
   CHARLES E. WILSON (SBN: 225625)
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054

6  MICHAEL L. O'DONNELL, *Pro Hac Vice*
   CRAIG R. MAY, *Pro Hac Vice*
7  WHEELER TRIGG KENNEDY LLP
   1801 California Street, Suite 3600                **E-filed 1/3/06**
8  Denver, CO 80202-2617
   Telephone: (303) 292-2525
9  Facsimile: (303) 294-1879

10 Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS, | CASE NO. C-03-5494 JF/PVT |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER** |
| v. | |
| ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP., | Date Action Filed: December 5, 2003<br>Final Pretrial Conf: August 25, 2006<br>Trial Date: September 8, 2006 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 29 and applicable Local Rules, the parties in the above-captioned matter hereby stipulate to and jointly move for modification of certain pretrial dates, as set forth below.

1. Although the parties are working diligently to complete discovery, certain modifications to existing deadlines are necessary to accommodate additional depositions, the large amount of ongoing document production, and other unanticipated complicating factors

1  presented by this complex case. The requested extensions should not affect the existing pretrial
2  conference or trial dates, and the parties are not requesting any change in these dates.
3      2.    The table below provided the new dates to which the parties have stipulated
4  along with the existing deadline. The parties request the Court's approval of new proposed
5  dates:

| | **Existing Deadline** | **Proposed Extension** |
|---|---|---|
| Fact discovery completed | December 16, 2005 | January 15, 2006<br><br>extension only for fact depositions, contention interrogatories to identify claims or defenses still asserted, requests for admissions to authenticate documents, and subpoena of documents from nonparties; the depositions of three former Guidant employees, Mssrs. Rush, Marquardt, and Watkins, will be taken after January 15, 2006, per agreement of the parties |
| Plaintiff's expert disclosures | January 12, 2006 | February 15, 2006 |
| Defendants' expert disclosures | February 28, 2006 | April 3, 2006 |
| Rebuttal expert disclosures | May 1, 2006 | May 12, 2006 |
| Expert depositions completed | May 17, 2006 | May 24, 2006 |
| Dispositive and *Daubert* motions | May 30, 2006 | June 12, 2006 |
| Pretrial conference | August 25, 2006 | no change |
| Trial date | September 8, 2006 | no change |

24      3.    During prior case management conferences, the parties have previously
25  requested continuances of the pretrial due dates set forth above, which were granted by the
26  court.

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

**THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:**

- The fact discovery deadline is extended through **January 15, 2006** for fact depositions, contention interrogatories to identify claims or defenses still asserted, requests for admission to authenticate documents, and any subpoena of documents from third parties. Furthermore, the depositions of former Guidant employees Rush, Marquardt, and Watkins will be taken after the fact discovery deadline per a schedule worked out by the parties, and the parties recognize that Plaintiff might assert a need to discover from Defendants discrete documents that come to light for the first time at these depositions. Defendants reserve all rights to object to such requests, except for objections based upon the fact that fact discovery has otherwise closed.  Other fact depositions may be taken after the fact discovery deadline, if necessary, by agreement of the parties.
- Plaintiff's expert disclosures are due **February 15, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.
- Defendants' expert disclosures are due **April 3, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.
- Rebuttal expert disclosures are due **May 12, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.
- Expert depositions should be completed **May 17, 2004**.
- Dispositive Motions and *Daubert* motions are due **June 12, 2006**

STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER
CASE No. C 03-5494 JF

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Respectfully submitted,

Dated: December 21, 2005        By: _____/s/_____
                                    KENT L. KLAUDT
                                    Attorney for Plaintiffs


Dated: December 22, 2005        By: _____/s/_____
                                    LINDA L. NUSSER
                                    Attorneys for Defendants


**PURSUANT TO THE ABOVE STIPULATION, THE PROPOSED MODIFIED DATES ARE HEREBY ADOPTED. IT IS SO ORDERED.**

Dated: December 28, 2005
                                /s/electronic signature authorized
                                _____
                                HON. JEREMY FOGEL
                                United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 4 -

STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER

CASE No. C 03-5494 JF