1    JACK B. McCOWAN, JR. (SBN: 62056)
2    LINDA L. NUSSER (SBN: 132154)          **E-filed 2/1/06**
     CHARLES E. WILSON (SBN: 225625)
3    GORDON & REES LLP
     Embarcadero Center West
4    275 Battery Street, Suite 2000
     San Francisco, CA 94111
5    Telephone:  (415) 986-5900
     Facsimile:  (415) 986-8054

6    MICHAEL L. O'DONNELL, *Pro Hac Vice*
     CRAIG R. MAY, *Pro Hac Vice*
7    WHEELER TRIGG KENNEDY LLP
     1801 California Street, Suite 3600
8    Denver, CO 80202-2617
     Telephone: (303) 292-2525
9    Facsimile: (303) 294-1879

10   Attorneys for Defendants

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15   EDWARD V. BYRNS, individually, and as    )   CASE NO. C-03-5494 JF/PVT
     Executor of the ESTATE OF LUCILLE G.     )
16   BYRNS,                                   )   **AMENDED STIPULATION AND JOINT
                                              )   MOTION TO MODIFY PRETRIAL
17               Plaintiff,                    )   DATES AND [PROPOSED] ORDER**
                                              )
18        v.                                   )
                                              )
19   ENDOVASCULAR TECHNOLOGIES,               )   Date Action Filed:  December 5, 2003
     INC., and GUIDANT CORP.,                 )   Final Pretrial Conf:  August 25, 2006
20                                            )   Trial Date:          September 8, 2006
                 Defendants.                   )
21   ─────────────────────────────────────────)

22

23        Pursuant to Federal Rule of Civil Procedure 29 and applicable Local Rules, the parties in

24   the above-captioned matter hereby stipulate to and jointly move for additional modification of

     certain pretrial dates, as set forth below.
25
          1.    The parties have continued to work diligently to complete voluminous written
26
     fact discovery and depositions.  The majority of written discovery is now completed, and the
27
     parties have completed or will soon complete fact depositions.  Nevertheless, because of the
28

GUID\1015876\950007 1

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

large volume of written discovery – particularly electronic discovery – that must be processed and evaluated, certain modifications to existing deadlines are necessary to accommodate completion of document production and completion of related fact witness depositions. Furthermore, the parties have tried hard to resolve discovery disputes and desire some additional time to complete document production in an effort to avoid unnecessary motion practice.

2.      Although the requested deadline modifications will compress certain deadlines, the parties are committed to meeting those deadlines, and Plaintiffs do not at this time wish to continue the pretrial conference or trial date.  Counsel for the parties also wish to inform the Court that they are in the process of attempting to schedule a private mediation with a JAMS mediator in March of 2006.  If the Court believes it would be helpful, the parties suggest that this matter could be set for a further case management conference on March 31, 2006.

3.      Accordingly, the parties respectfully request the Court's approval of the following stipulated, proposed new deadlines related to discovery.  The requested extensions should not affect the existing pretrial conference or trial dates, and the parties are not requesting any change in these dates.  The parties have also committed to do what they can to expedite completion of expert discovery so that any related motions might be filed earlier, if possible.

|  | Existing Deadline | Proposed Extension |
|---|---|---|
| Fact discovery deadline | January 15, 2006 (extension of prior deadline for limited purposes) | no change |
| Deadline for filing any fact discovery-related motions, including motions to compel or motions for protective order regarding third party subpoenas | January 25, 2006 [7 court days from fact discovery cut-off per Northern District Local Rule 26-2.] | February 24, 2006 |
| Plaintiff's expert disclosures | February 15, 2006 | March 15, 2006 |
| Defendants' expert disclosures | April 3, 2006 | May 3, 2006 |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

AMENDED STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER

CASE No. C 03-5494 JF

| Rebuttal expert disclosures | May 12, 2006 | May 24, 2006 |
|---|---|---|
| Expert depositions completed | May 24, 2006[1] | June 16, 2006 |
| Dispositive and *Daubert* motions | June 12, 2006 | June 26, 2006 |
| Pretrial conference | August 25, 2006 | no change |
| Trial date | September 8, 2006 | no change |

4.    During prior case management conferences, and in a recent amended Stipulation and Joint Motion, the parties previously requested continuances of the pretrial due dates set forth above, which were granted by the court.

**THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:**

- The deadline for filing motions related to fact discovery is now **February 24, 2006.** Service must be by hand, email or facsimile, unless otherwise agreed to.

- Plaintiff's expert disclosures are due **March 15, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.

- A further case management conference be scheduled for **March 31, 2006.**

- Defendants' expert disclosures are due **May 3, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.

- Rebuttal expert disclosures are due **May 24, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.

- Expert depositions should be completed **June 16, 2006**.

- Dispositive Motions and *Daubert* motions are due **June 26, 2006**.  Service must be by hand, email or facsimile, unless otherwise agreed to.

---

[1] The prior stipulation erroneously listed the extended deadline for completion of expert depositions on page 3 as May 17, 2006, instead of the agreed deadline of May 24, 2006, as reflected in the chart at page 2 of the stipulation.  The parties had intended the date to be May 24, 2006, versus May 17, 2006.

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

AMENDED STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER

CASE No. C 03-5494 JF

Respectfully submitted,

Dated: January 25, 2006

By:_____/s/_____
KENT L. KLAUDT
Attorney for Plaintiffs

Dated: January 25, 2006

By:_____/s/_____
LINDA L. NUSSER
Attorneys for Defendants

**PURSUANT TO THE ABOVE STIPULATION, THE PROPOSED MODIFIED DATES ARE HEREBY ADOPTED.  IT IS SO ORDERED.**

Dated: January ___, 2006

_____
HON. JEREMY FOGEL
United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 4 -

AMENDED STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER

CASE No. C 03-5494 JF