1  JACK B. McCOWAN, JR. (SBN: 62056)
   LINDA L. NUSSER (SBN: 132154)
2  CHARLES E. WILSON (SBN: 225625)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  MICHAEL L. O'DONNELL, *Pro Hac Vice*
   CRAIG R. MAY, *Pro Hac Vice*
7  WHEELER TRIGG KENNEDY LLP
   1801 California Street, Suite 3600
8  Denver, CO 80202-2617                                    **E-filed 3/3/06**
   Telephone: (303) 292-2525
9  Facsimile: (303) 294-1879

10 Attorneys for Defendants
   GUIDANT CORPORATION and
11 ENDOVASCULAR TECHNOLOGIES, INC.

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15 EDWARD V. BYRNS, individually , and as      )  CASE NO. 5:03-CV-05494 JF/PVT
   Executor of the ESTATE OF LUCILLE G.        )
16 BYRNS,                                       )  **SECOND AMENDED STIPULATION**
                                                )  **AND JOINT MOTION TO MODIFY**
17              Plaintiff,                       )  **PRETRIAL DATES AND [PROPOSED]**
                                                )  **ORDER**
18       v.                                      )
                                                )  Date Action Filed:   December 5, 2003
19 ENDOVASCULAR TECHNOLOGIES, INC.,            )  Final Pretrial Conf:  August 25, 2006
   and GUIDANT CORP.,                           )  Trial Date:          September 8, 2006
20                                               )
                Defendants.                      )
21                                               )
                                                )
22 _____ )

23       WHEREAS, in accordance with Federal Rules of Civil Procedure, Rule 29, and Northern

24 District Civil Local Rules 6-1(b), 6-2(a), 7-11 and 26-2, defendants GUIDANT

25 CORPORATION and ENDOVASCULAR TECHNOLOGIES, INC. ("Defendants") and

26 plaintiff EDWARD V. BYRNS, individually and as executor of the Estate of LUCILLE G.

27 BYRNS ("Plaintiffs") in the above-referenced captioned case, hereby stipulate to the following

28 regarding the filing of motions related to Plaintiffs' counsel's subpoena served on the United

-1-
SECOND AMENDED STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER
                                                          CASE NO. 5:03-CV-05494 JF/PVT

1  States Attorney for the Northern District of California for the production, inspection and copying
2  of six categories of documents ("the Subpoena").

3      1.      On November 22, 2005, Plaintiffs' counsel served a subpoena on the United
4  States Attorney for the Northern District of California for the production, inspection and copying
5  of six categories of documents ("the Subpoena").  The date of production was set for
6  December 22, 2005.  On December 6, 2005, the United States Attorney's Office and Defendants'
7  separately served objections to the Subpoena.   Counsel for Defendants was advised by the
8  United States Attorney's Office that they would not produce documents in response to the
9  Subpoena on December 22, 2005.

10     2.      Since that time, counsel for Defendants and Plaintiffs have met and conferred
11 regarding the Subpoena including, but not limited to, the proper procedure for subpoenaing the
12 requested documents and the scope of the documents requested.  Based on these discussions,
13 Plaintiffs' counsel agreed to withdraw subparts of certain documents requested, but may want to
14 pursue via discussions with and (if necessary) a motion to compel other subparts of documents
15 requested in the Subpoena from the United States Attorney's Office.  On December 20, 2005,
16 Plaintiffs' counsel wrote to the United States Attorney's Office advising them of the withdrawal
17 of subparts of certain documents requested.

18     3.      On December 22, 2005, the parties stipulated to and filed an order with the Court
19 extending the time for filing motions relating to the Subpoena until January 24, 2006, which was
20 granted by Judge Trumbull on January 3, 2006.

21     4.      On January 17, 2006, the United States Attorney's Office advised the parties in a
22 letter that they would be unable to complete their review and indexing of a CD containing over
23 18,000 pages of scanned documents to determine which, if any, might be responsive to the
24 Subpoena by the January 24, 2006, deadline.  Consequently, the parties again stipulated to
25 extend the time for filing motions relating to fact discovery (which would include motions
26 relating to the Subpoena) from January 25, 2006, until February 24, 2006, which was granted by
27 Judge Fogel on February 1, 2006.

28

5.      On February 17, 2006, the United States Attorney's Office advised the parties in a letter that they would be unable to complete their review and indexing of a CD containing over 18,000 pages of scanned documents by the February 24, 2006, deadline. [Attached as Exhibit "A."] Consequently, the parties again stipulate to extend the time for filing motions relating to the Subpoena from the current date of February 24, 2006, until March 31, 2006, which is also the date of the next Case Management Conference in this case.

6.      It is anticipated that further meet and confer discussions may take place in the next several weeks between the parties' counsel and the United States Attorney's Office in an effort to either resolve or narrow the issues which may need to be addressed by the Court in any future discovery motions.  It is the intention of the parties to work with the United States Attorney's Office to establish a briefing schedule, prior to the production of any responsive documents, should the parties determine that motions are necessary, so that all motions related to the Subpoena may be heard by the court on the same date, but want to preserve their rights to seek an ex parte application for an order shortening time should one become necessary. Consequently, the parties would like to stipulate, with the Court's permission, to the following.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

7.      Defendants may file and serve a motion to quash and/or a motion for a protective order in response to the Subpoena on or before March 31, 2006.  Plaintiffs' counsel has agreed that they will not oppose such motions based on arguments that they were untimely, but preserving all other objections to such motions.

8.      Plaintiffs' counsel may file and serve a motion to compel the Subpoena on or before March 31, 2006.  Defendants' counsel has agreed that they will not oppose such a motion based on arguments that it was untimely, but preserving all other objections to such a motion.

///

///

///

///

///

-3-

1        9.    The parties' counsel will meet and confer and attempt to establish a mutually

2    convenient briefing schedule for any discovery motions filed with the court and related to the

3    Subpoena.

4    Dated:  February 23, 2006                LIEFF, CABRASER HEIMANN

5                                          & BERNSTEIN, LLP

6

7                                By:_____/s/_____
                                       KENT L. KLAUDT

8                                Plaintiffs EDWARD V. BYRNS, individually,
                                 and as Executor of the ESTATE OF

9                                LUCILLE G. BYRNS

10   Dated:  February 23, 2006                GORDON & REES LLP

11

12                               By:_____/s/_____
                                       LINDA L. NUSSER

13                               Attorneys for Defendants

14                               GUIDANT CORPORATION and
                                 ENDOVASCULAR TECHNOLOGIES, INC.

15

16             PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

17

18   Dated:  February ___, 2006

19           March 3, 3006                 _____

20                               HON. JEREMY FOGEL
                                 United States District Court Judge

21

22

23

24

25

26

27

28

GUID:1015876\9643611

-4-

# EXHIBIT "A"



## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*10th Floor, Federal Building*            *Direct Dial: (415) 436-6996*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*                 *FAX:(415) 436-6748*

February 17, 2006

VIA FAX AND FIRST CLASS MAIL

Kent L. Klaudt, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Linda L. Nusser, Esq.
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

   Re: Subpoena to the U.S. Attorney's Office
     Edward V. Byrns v. Endovascular Technologies, Inc., et al.
     Case No. C 03-5494 JF

Dear Counsel:

  I am writing to update the parties on the status of our office's review of the over 18,000 pages of documents in our possession that may be responsive to the subpoena. We are conducting this review so that the U.S. Attorney can make an informed determination under 28 CFR § 16.26. Unfortunately, our review was temporarily interrupted due to the departure of a paralegal, but it has resumed. I am advised that the parties have stipulated to a deadline of February 24, 2006 for the filing of motions to compel or quash. While we will complete our review and make a determination as expeditiously as we can with our limited resources, it is unlikely that we will be able to do so by February 24, 2006.

  If you have any questions regarding the above, please do not hesitate to call.

      Very truly yours,

      KEVIN V. RYAN
      United States Attorney

      STEVEN J. SALTIEL
      Assistant United States Attorney

Re:     *Edward V. Byrns v. Endovascular Technologies, Inc., et al.*
        USDC, Northern District of California, Case No. 5:03-CV-05494 JF/PVT

<u>PROOF OF SERVICE</u>

        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is:  Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111.  On the date indicated below, I served the within document:

**SECOND AMENDED STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER**

☐  by transmitting, via facsimile, to plaintiff's counsel, the document listed above to counsel as set forth below,  on this date.

☒  by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

| | |
|---|---|
| Kent L. Klaudt | Wendy R. Fleishman |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Lieff, Cabraser, Heimann & Bernstein, LLP |
| 275 Battery Street, 30th Floor | 70 Third Avenue, 48th Floor |
| San Francisco, CA 94111 | New York, New York 10017-2024 |
| Telephone: 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 | Telephone: 212-355-9500 |
| Facsimile: 415-956-1008 | Facsimile: 212-355-9592 |
| **Attorneys for Plaintiffs** | **Attorneys for Plaintiffs** |

Kevin V. Ryan
United States Attorney
Northern District of California
U. S. Department of Justice
450 Golden Gate Avenue, 10th Floor
Box 36055
San Francisco, CA  94102
Telephone:  415-436-6996
Facsimile:  415-436-6748

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        Executed on February 23, 2006, at San Francisco, California.

_Linda Hitchcock_
Linda Hitchcock

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

GUID:1015876\964420.1