**E-filed 3/20/06**

JACK B. McCOWAN, JR. (SBN: 62056)
LINDA L. NUSSER (SBN: 132154)
CHARLES E. WILSON (SBN: 225625)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

MICHAEL L. O'DONNELL, *Pro Hac Vice*
CRAIG R. MAY, *Pro Hac Vice*
WHEELER TRIGG KENNEDY LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Telephone: (303) 292-2525
Facsimile: (303) 294-1879

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS,<br><br>Plaintiff,<br><br>v.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>Defendants. | CASE NO. C-03-5494 JF/PVT<br><br>**STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL DATES AND [PROPOSED] ORDER**<br><br>Date Action Filed: December 5, 2003<br>Final Pretrial Conf: August 25, 2006<br>Trial Date:        September 8, 2006 |

Pursuant to Federal Rule of Civil Procedure 29 and applicable Local Rules, the parties in the above-captioned matter hereby stipulate to and jointly move for modification of certain pretrial and trial dates, as set forth below.

1. The parties are working diligently to prepare this case for trial, but they agree that, in light of the voluminous discovery, pending motions to compel set for hearing on April 4, 2006, before Magistrate Judge Trumbull, and the extensive expert work to be done in this

complex case, certain modifications to existing deadlines are necessary to allow the parties adequate time to prepare this case for trial and meet all pretrial deadlines. Additionally, the United States Attorney's Office recently advised Defendants' counsel that they will be unable to complete their review of the estimated 18,000 pages of documents which are potentially the subject of Plaintiff's subpoena to the United States Attorney's Office until late-April 2006. Thereafter the parties will need time to discuss: 1) whether the production of such documents falls within the scope of the documents requested in response to the subpoena; 2) whether any applicable privileges apply preventing their disclosure; and, 3) whether a motion to compel, motion for protective order or any other motions are warranted should the parties not be able to reach an agreement. <u>Thus, the parties request that the trial date be continued from September 6, 2006 to November 3, 2006 and that the other deadlines be reset as requested below</u>. The parties recently notified this Court that they wished to take the trial date of November 3, 2006, which was set in the *Davis v. Guidant Corporation, et al.* case, as that case recently settled.

2.    The table below provides the new dates to which the parties have stipulated along with the existing deadlines. The parties request the Court's approval of the new proposed pretrial and trial dates:

|  | **Proposed New Dates** |
|---|---|
| Deadline for service of Plaintiff's expert disclosures | April 7, 2006 |
| Deadline for service of Defendants' expert disclosures | May 26, 2006 |
| Deadline for filing motions relating to Plaintiff's subpoena to the United States Attorney's Office | May 15, 2006 |
| Deadline for service of rebuttal expert disclosures | June 16, 2006 |
| Deadline for expert depositions to be completed | July 7, 2006 |
| Deadline for filing of dispositive and *Daubert* motions | July 24, 2006 |
| Pretrial conference | October 20, 2006 |
| Trial date | November 3, 2006 |

3.  The parties also request that the Court set a case management conference on May 5, 2006 and continue any case management conference set for March 31, 2006 until that time. The parties will submit a report for the case management conference by no later than May 1, 2006. The parties anticipate discussing other pretrial deadlines and issues with the Court at that time.

4.  During prior case management conferences, the parties have previously requested continuances of the pretrial due dates set forth above, which were granted by the Court.

**THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:**

- Plaintiff's expert disclosures are due **April 7, 2006**. Service must be by hand, email or facsimile, unless otherwise agreed to.
- A case management conference will be held on **May 5, 2006**. The parties will submit a case management conference report by no later than May 1, 2006.
- Any motions relating to Plaintiff's subpoena to the United States Attorney's Office may be filed up to **May 15, 2006**.
- Defendants' expert disclosures are due **May 26, 2006**. Service must be by hand, email or facsimile, unless otherwise agreed to.
- Rebuttal expert disclosures are due **June 16, 2006**. Service must be by hand, email or facsimile, unless otherwise agreed to.
- Expert depositions shall be completed by **July 7, 2006**.
- Dispositive motions and *Daubert* motions must be filed by **July 24, 2006**.
- The final pretrial conference will occur on **October 20, 2006**.

Trial is scheduled for **November 3, 2006**. The parties will provide the Court with an estimated length of trial at the next case management conference.

| | |
|---|---|
| Dated: March 17, 2006. | Respectfully submitted, |

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/s/_____
KENT L. KLAUDT
Attorney for Plaintiffs

GORDON & REES LLP

By: _____/s/_____
LINDA L. NUSSER
Attorneys for Defendants

**PURSUANT TO THE ABOVE STIPULATION, THE PROPOSED MODIFIED DATES ARE HEREBY ADOPTED. IT IS SO ORDERED.**

Dated: March 20, 2006

_____
HON. JEREMY FOGEL
United States District Court Judge