Elizabeth J. Cabraser (CA No. 83151)
ecabraser@lchb.com
Kent L. Klaudt (CA No. 183903)
kklaudt@lchb.com
LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Wendy R. Fleishman, *Pro Hac Vice*
wfleishman@lchb.com
Elizabeth H. Cronise, *Pro Hac Vice*
ecronise@lchb.com
LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>                    Defendants. | CASE NO. CV 03-05494 JF/PVT<br><br>**STIPULATION AND JOINT MOTION TO MODIFY DEADLINE FOR PRODUCTION FOR *IN CAMERA* REVIEW OF DECEDENT LUCILLE BYRNS' MENTAL HEALTH RECORDS AND [PROPOSED] ORDER**<br><br>Date Action Filed: December 5, 2003<br>Trial Date:       November 3, 2006 |

Pursuant to Federal Rule of Civil Procedure 29 and applicable Local Rules, the parties in the above-captioned matter hereby stipulate to and jointly move for modification of the date by which Plaintiffs must submit to this court for *in camera* review certain mental health

records of the Plaintiffs' Decedent, Lucille Byrns. Whereas,

1. On April 4, 2006 this Court, per the Hon. Magistrate Trumbull, ordered that Plaintiffs produce to this Court by Friday, May 5, 2006, for *in camera* review, all mental health records related to the Decedent Lucille Byrns for the five years immediately prior to her death.

2. Plaintiffs have received some responsive records, and are now awaiting a follow-up response from Dr. Lynne Stein, M.D.

3. Accordingly, in an effort to produce all relevant documents and information pursuant to the Court's order on this subject at one time and not piecemeal, the parties respectfully request the Court's approval of the following stipulated, proposed new deadline related to the production of said mental health records to this Court for *in camera* review. The requested extension should not affect the existing pretrial conference or trial dates, and the parties are not requesting any change in these dates.

**THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:**

- The deadline for Plaintiffs to submit all relevant mental health records for *in camera* review is now extended to Monday, **June 5, 2006**.

Respectfully submitted,

Dated: May 4, 2006            By: /s/ Wendy Fleishman
                                   WENDY FLEISHMAN
                                   Attorney for Plaintiffs

Dated: May 4, 2006            By: /s/ Linda L. Nusser
                                   LINDA L. NUSSER
                                   Attorney for Defendants

**PURSUANT TO THE ABOVE STIPULATION, THE PROPOSED MODIFIED DEADLINE IS HEREBY ADOPTED. IT IS SO ORDERED.**

Dated: May 5, 2006

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge