```
 1  JACK B. McCOWAN, JR. (SBN: 62056)                **E-filed 6/7/06**
    LINDA L. NUSSER (SBN: 132154)
 2  CHARLES E. WILSON (SBN: 225625)
    GORDON & REES LLP
 3  Embarcadero Center West
    275 Battery Street, Suite 2000
 4  San Francisco, CA 94111
    Telephone: (415) 986-5900
 5  Facsimile: (415) 986-8054

 6  MICHAEL L. O'DONNELL, Pro Hac Vice
    CRAIG R. MAY, Pro Hac Vice
 7  WHEELER TRIGG KENNEDY LLP
    1801 California Street, Suite 3600
 8  Denver, CO 80202-2617
    Telephone: (303) 292-2525
 9  Facsimile: (303) 294-1879

10  Attorneys for Defendants
    GUIDANT CORPORATION and
11  ENDOVASCULAR TECHNOLOGIES, INC.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS,<br><br>Plaintiff,<br><br>v.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>Defendants. | CASE NO. 5:03-CV-05494 JF/PVT<br><br>**STIPULATION AND [PROPOSED] AMENDED ORDER REGARDING FILING DISCOVERY MOTIONS RELATED TO SUBPOENA**<br><br>Date Action Filed:   December 5, 2003<br>Final Pretrial Conf:  October 20, 2006<br>Trial Date:          November 3, 2006 |

WHEREAS, in accordance with Federal Rules of Civil Procedure, Rule 29, and Northern District Civil Local Rules 6-1(b), 6-2(a) and 7-11, defendants GUIDANT CORPORATION and ENDOVASCULAR TECHNOLOGIES, INC. ("Defendants") and plaintiff EDWARD V. BYRNS, individually and as executor of the Estate of LUCILLE G. BYRNS ("Plaintiffs") in the

above-referenced captioned case, hereby stipulate to the following regarding the filing of discovery motions.

1.  Plaintiffs' counsel has previously served a subpoena on the United States Attorney for the Northern District of California for the production, inspection and copying of certain categories of documents ("the Subpoena"). Both the United States Attorney's Office and Defendants separately served objections to the Subpoena. After conferral among counsel, Plaintiffs' counsel agreed to withdraw certain categories in the subpoena. The U.S. Attorney's Office required significant time to review and index potentially responsive documents.

2.  The U.S. Attorney's Office recently provided an index and certain documents to counsel for Defendants so that Defendants could determine whether any privileges or other objections need to be asserted. Defendants have now reviewed the index and documents but just a few days ago identified several issues that they would like to try to clarify with the U.S. Attorney's Office before finalizing any objections. Those issues have been communicated to the U.S. Attorney's Office and Defendants are awaiting a response and further efforts to meet and confer. Clarification or resolution of these issues may simplify matters going forward and help to limit any motion practice.

3.  By Order of this Court dated May 10, 2006, any motions the parties intend to file related to the Subpoena are due by June 5, 2006. Extending this deadline will allow Defendants to potentially clarify any remaining issues with the U.S. Attorney's Office.

4.  Consequently, the parties would like to stipulate, with the court's permission, to extending the deadline for the filing of motions related to the Subpoena until June 23, 2006.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

5.  The current deadline for motions related to the Subpoena be extended to June 23, 2006. Defendants and Plaintiffs may file and serve any motion to quash, motion for a protective order, or motion to compel related to the Subpoena on or before June 23, 2006. The parties will not oppose such a motion based on arguments that it was untimely, but preserve all other potential objections.

6. The parties' counsel will meet and confer to establish a mutually convenient briefing schedule for any filed discovery motions related to the Subpoena.

Dated: June 2, 2006          LIEFF, CABRASER HEIMANN
                             & BERNSTEIN, LLP


                             By: _____/s/_____
                             KENT L. KLAUDT
                             Plaintiffs EDWARD V. BYRNS, individually,
                             and as Executor of the ESTATE OF
                             LUCILLE G. BYRNS


Dated: June 2, 2006          GORDON & REES LLP


                             By: _____/s/_____
                             LINDA L. NUSSER
                             Attorneys for Defendants
                             GUIDANT CORPORATION and
                             ENDOVASCULAR TECHNOLOGIES, INC.


PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: ___June 5___, 2006         _____
                                  HON. JEREMY FOGEL
                                  United States District Court Judge

## PROOF OF ELECTRONIC SERVICE

I, Linda Hitchcock, declare as follows:

1. I am employed in the City and County of San Francisco and am an employee at the law firm of Gordon & Rees LLP, located at 275 Battery Street, Suite 2000, San Francisco, CA 94111.

2. I am over the age of 18 and not a party to the within action.

3. On June 2, 2006 I served the following document: **STIPULATION AND [PROPOSED] AMENDED ORDER REGARDING FILING DISCOVERY MOTIONS RELATED TO SUBPOENA** via electronic filing in the United States District Court, Northern District of California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 2, 2006 at San Francisco, California.

_____/s/_____
Linda Hitchcock