Elizabeth J. Cabraser (CA No. 83151)
ecabraser@lchb.com
Kent L. Klaudt (CA No. 183903)
kklaudt@lchb.com
LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Wendy R. Fleishman, *Pro Hac Vice*
wfleishman@lchb.com
Elizabeth H. Cronise, *Pro Hac Vice*
ecronise@lchb.com
LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**E-filed 6/19/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>Defendants. | CASE NO. CV 03-05494 JF/PVT<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS IN THEIR RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION; ARGUMENT AND POINTS & AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge:       Hon. Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7-11 of the Local Rules of the Northern District of California, Plaintiffs in the above-captioned case hereby move the Court for an order allowing Plaintiffs to exceed the 25-page limit for their Opposition to Defendants' pending Motion for Summary Judgment. Plaintiffs request that they be permitted to file an opposition brief not to exceed 50 pages, rather than the 25 pages permitted in the ordinary course by Local Rule 7-3(a).

In this case, the complexity of the statute of limitations issues to be briefed, including legal analysis under both Pennsylvania and California laws, the fact that there are numerous contested issues of material fact, relevant testimony from dozens of witnesses, and hundreds of pages of medical records, all make adherence to the 25-page limit set forth in Local Rule 7-3(a) unfeasible.

This is a factually and legally complex wrongful death case involving product liability claims related to Defendants' medical device, the Ancure Endograft. The deposition testimony of the decedent's treating surgeon, for example, exceeds 500 pages, and much of it is relevant to the issues presented by Defendants' pending summary judgment motion. Additionally, the testimony by the four Byrns family members relevant to the statute of limitations issue is voluminous.

The parties have met and conferred regarding this request, and Defendants have informed Plaintiffs that they do not opose this motion. See *Declaration of Kent L. Klaudt in Support of Motion for Order to Exceed Page Limit ("Klaudt Decl."),* infra, ¶ 3.

Plaintiffs submit this *Motion For Administrative Relief To Exceed Page Limits In Their Response To Defendants' Summary Judgment Motion* so that Plaintiffs' may fully address all the relevant issues in their Opposition to Defendants' Summary Judgment motion. Plaintiffs thus request an Order allowing them to submit an Opposition brief of no longer than 50 pages.

It is in the interests of both the parties and the Court to ensure that all issues relevant to Defendants' Summary Judgment motion are fully briefed and presented to the Court. Thus rather than being a burden, longer, more detailed memorandums from both parties on this motion should assist the Court by aiding in the consideration of a large body of relevant evidence. In furtherance of this objective, Plaintiffs are willing to stipulate that Defendants'

- 2 -

PTFS' NOT. OF MOT. & MOT. TO COMP. ADDIT'L DISC. &
RE OVER-DESIG. OF DOCS AS CONF.; ARG. & P&A IN SUPP.
CASE NO. CV 03-05494 JF/PVT

reply brief may also exceed the page limit, and would suggest that Defendants' page limit for this brief should be 30 pages (double the ordinary 15-page limit of Local Rule 7-3(c)), if the Court so allows.

For the reasons stated above, Plaintiffs respectfully request that this Court grant their motion for an Order to exceed the 25-page limit by not more than 25 additional pages.

Dated: June 15, 2006

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Kent L. Klaudt, Esq.

Attorneys for Plaintiffs

### DECLARATION IN SUPPORT

I, Kent L. Klaudt, Esq., declare and state as follows:

1. I am an attorney licensed to practice in California, and a member in good standing of the State Bar, and a member in good standing of the bar of the United States District Court for the Northern District of California. I am an associate attorney at Lieff, Cabraser Heimann & Bernstein, LLP, counsel for plaintiffs in the above-captioned action. The statements in this declaration are based on my own personal knowledge and, if called, I would testify competently to them.

2. On June 13, 2006, I met and conferred with Craig May, counsel for Defendants, via voicemail messages and e-mail messages, in a good faith effort to reach a stipulated agreement regarding the page limits for the opposition and reply briefs on this motion.

3. On June 15, 2006, I continued to meet and confer with Mr. May via

- 3 -

PTFS' NOT. OF MOT. & MOT. TO COMP. ADDIT'L DISC. &
RE OVER-DESIG. OF DOCS AS CONF.; ARG. & P&A IN SUPP.
CASE NO. CV 03-05494 JF/PVT

1  telephone regarding this motion, and during this conversation he indicated that Defendants would
2  not oppose the motion.
3        I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct. Executed this 15th day of June, 2006 in San Francisco, California.

_____
Kent L. Klaudt

## ORDER

Good cause appearing therefore, IT IS ORDERED that Plaintiffs' memorandum in opposition to Defendants' pending summary judgment motion based on the statute of limitations may be up to 50 pages in length, and Defendants' reply memorandum may be up to 30 pages in length.

Dated this __19th__ day of June, 2006

_____
Hon. Jeremy Fogel
United States District Judge

543921.1

- 4 -

PTFS' NOT. OF MOT. & MOT. TO COMP. ADDIT'L DISC. &
RE OVER-DESIG. OF DOCS AS CONF.; ARG. & P&A IN SUPP.
CASE NO. CV 03-05494 JF/PVT