UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS, et al.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>　　　　　　Defendants. | No. CV-03-05494 JF/PVT<br><br>**ORDER GRANTING STIPULATED REQUEST TO REMOVE DOCUMENTS FROM THE ELECTRONIC FILING SYSTEM AND TO RE-FILE THE DOCUMENTS WITH PORTIONS UNDER SEAL** |

　　　　On February 24, 2006, Defendants filed a Motion to compel responses to Discovery and for Leave to Re-Open Deposition for Limited purpose.[1] The hearing was held on April 4, 2006. The parties agreed to withdraw the portion of the motion relating to the deposition and to remove from the record all references to that portion of the motion. The parties have informed the court that a settlement of the entire matter is currently in process. In light of the withdrawal of the motion and the settlement of the action,

　　　　IT IS HEREBY ORDERED that the original versions of the February 24, 2006 motion

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion. The court expresses no opinion as to whether the showing made in the papers submitted would satisfy the sealing requirement of Civil Local Rule 79-5 in the absence of the special circumstances present in the instant case.

(docket number 73), memorandum of points and authorities in support of the motion (docket number 74), the declaration in support of the motion (docket number 76), the opposition to the motion (docket number 78), the reply brief (docket number 84) shall be permanently removed from the electronic court filing system.  The docket entry for document number 76 shall also be under seal such that the public cannot see any identifying information as to the exhibits filed with the declaration.

IT IS FURTHER ORDERED that Plaintiffs shall electronically file redacted versions of the affected documents and, if Plaintiffs have not already done so, Plaintiffs shall lodge with the Clerk each entire document in conformance with Civil Local Rule 79-5(c)(3).

IT IS FURTHER ORDERED that the original transcript of the hearing (docket number 88) shall be removed from the public record and filed under seal and a redacted version of the transcript be made available to the public.

IT IS SO ORDERED.

Dated:   August 8, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge