\*\*E-filed 8/31/06\*\*

Elizabeth J. Cabraser (CA No. 83151)
Kent L. Klaudt (CA No. 183903)
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Wendy R. Fleishman, Admitted *Pro Hac Vice*
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD V. BYRNS, individually, and as Executor of the ESTATE OF LUCILLE G. BYRNS,<br><br>Plaintiff,<br><br>v.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP.,<br><br>Defendants. | CASE NO. C-03-5494 JF/PVT<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE, AND [PROPOSED] ORDER**<br><br>Date Action Filed:  December 5, 2003<br>Final Pretrial Conf:  October 20, 2006<br>Trial Date:             November 3, 2006 |

(In "[PROPOSED]", the word "PROPOSED" is struck through.)

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

    The parties have resolved the above-captioned matter and hereby move the Court to dismiss this case, with prejudice, each party to bear its own costs and fees. Wherefore, the parties ask that the Court enter an order of dismissal consistent with this motion. A proposed order is attached below.

Respectfully submitted,

Dated: August 30, 2006

By: *Kent L. Klaudt* signed by H Wong by permission
KENT L. KLAUDT
Attorney for Plaintiffs

Dated: August 30, 2006

By: /s/
LINDA L. NUSSER
Attorneys for Defendants

PURSUANT TO THE ABOVE STIPULATION, THE COURT HEREBY GRANTS THE MOTION AND DISMISSES THIS CASE, WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.

Dated: August 31 2006

Hon. Jeremy Fogel
United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111